YI-CHIN HO (CA SBN 204834)
yichin.ho@hugheshubbard.com
HANNAH A. BOGEN (CA SBN 324294)
hannah.bogen@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, California 90067-4620
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

Attorneys for Petitioner
Shenzhen Zehuijin Investment Center (Limited Partnership)

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Shenzhen Zehuijin Investment Center (Limited Partnership),<br><br>Petitioner,<br><br>v.<br><br>Liu Yingkui, Zhang Xin,<br><br>Respondents. | CASE NO. 3:24-cv-00372-MMA-DEB<br><br>[Assigned to Hon. Michael M. Anello]<br><br>**PROOF OF SERVICE ON PETITION TO CONFIRM ARBITRATION AWARD AND FOR ENTRY OF JUDGMENT ON RESPONDENT ZHANG XIN** |

# PROOF OF SERVICE

# BY PERSONAL DELIVERY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**Shenzhen Zehuijin Investment Center (Limited Partnership)**

CASE NO. : 3:24-CV-00372-MMA-DEB

**vs** ***Petitioner***

**Liu Yingkui, Zhang Xin**

***Respondents***

## AFFIDAVIT OF SERVICE

State of California }
County of San Diego } ss.:

The undersigned, being duly sworn, deposes and says;

Deponent is not a party herein, is over 18 years of age and resides in the state of California.

That on **03/11/2024** at **9:35 AM** at **16978 Circa Del Sur, Rancho Santa Fe, CA 92067**

deponent served a(n) **Petition to Confirm Arbitration Award, Civil Cover Sheet, Memorandum of Points and Authorities in Support of Its Petition to Confirm Arbitration Award and for Entry of Judgment, Declaration of Pu Gang in Support of Petition to Confirm Arbitration Award with Exhibits A to L, Declaration of Hannah A. Bogen in Support of Petition to Confirm Arbitration Award with Supplemental Exhibits D to F**

on **Zhang Xin**, respondent therein named,

by delivering thereat a true copy of each to **Jing Ya (Co-Tenant)** a person of suitable age and discretion. Said premises is respondent's dwelling place/usual place of abode within the state.

Attempted personal service on:
03/08/2024 at 7:00 PM – no answer at 16978 Circa Del Sur, Rancho Santa Fe, CA 92067
03/09/2024 at 7:10 AM – no answer at 16978 Circa Del Sur, Rancho Santa Fe, CA 92067

Description of Person Served:
Gender: Female
Skin: Asian
Hair: Black
Age: 36 - 50 Yrs.
Height: 5' 4" - 5' 8"
Weight:131-160 Lbs.
Other: Spoke very little English

Sworn to before me this
day of March, 2024

SEE NOTARY ATTACHMENT

NOTARY PUBLIC

Karla Fukuda
San Diego County Reg# 1842

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Diego

Subscribed and sworn to (or affirmed) before me on this 21st day of March, 2024, by Karla Fukuda, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

LYNN D. TRUDE
COMM. #2349020
NOTARY PUBLIC-CALIFORNIA
SAN DIEGO COUNTY
My Comm. Expires MARCH 22, 2025

(Seal) Signature Lynn D Trude

**OPTIONAL**

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: Affidavit of Service

Document Date: March 21, 2024 Number of Pages: 1

# PROOF OF SERVICE

# BY MAIL

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Case No. 3:24-cv-00372-MMA-DEB

Shenzhen Zehuijin Investment Center (Limited Partnership),

Petitioner,

against

Li Yingkui, Zhang Xin

Respondents.

**AFFIDAVIT OF MAILING VIA FIRST CLASS MAIL**

STATE OF NEW YORK )
COUNTY OF NEW YORK ) SS.:

I, Ji Yang, being duly sworn depose and state that I am not a party in this action and I am over the age of eighteen years and employed by Serving by Irving, Inc, 18 East 41st Street, Suite 1600, New York, NY 10017.

On March 12, 2024, I served a **Petition to Confirm Arbitration Award, Civil Cover Sheet, Memorandum of Points and Authorities in Support of It's Petition to Confirm Arbitration Award and for Entry of Judgment, Declaration of Pu Gang in Support of Petition to Confirm Arbitration Award with Exhibits A to L, Declaration of Hannah A. Bogen in Support of Petition to Confirm Arbitration Award with Supplemental Exhibits D to F** in the above entitled action, upon the respondent **Zhang Xin** by mailing true copies of the aforesaid documents, enclosed in a sealed, first-class post-paid envelope addressed to Zhang Xiu, 16978 Circa Del Sur, Rancho Santa Fe, CA 92014, which I placed into the exclusive care and custody of the United States Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate by return address or

otherwise; that the communication is from an attorney or concerning a legal action against the respondent.

Ji Yang

Sworn to before me this
21 day of March, 2024

Notary Public

DI CONG JIANG
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01JI0004030
Qualified in Queens County
Commission Expires 03/27/2027

# PROOF OF SERVICE

# BY E-MAIL

**CERTIFICATE OF SERVICE**

Hannah Bogen, pursuant to 28 U.S. Code § 1746, hereby declares under penalty of perjury of that (i) I am attorney duly admitted to practice law in California, (ii) I am counsel for Petitioner, Shenzhen Zehuijin Investment Center (Limited Partnership), in the above-captioned action, and (iii) on March 11, 2024 at 12:14PM I served a true and complete copy of the Petition to Confirm Arbitration Award on Respondent, Zhang Xin, by electronic mail at zhangxin@sinowel.com.

Hannah Bogen